## In re James T. KIRBY.

### No. 2009–1114.

United States Court of Appeals,
Federal Circuit.

May 18, 2009.

James Scott Gerien, Dickenson, Peatman & Fogarty, Napa, CA, for James T. Kirby.

Raymond T. Chen, Thomas L. Stoll, Christina J. Hieber, Patent & Trademark Office, Arlington, VA, for John J. Doll.

### ON MOTION

#### *ORDER*

James T. Kirby moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

## Rashid EL MALIK, Claimant–Appellant,

### v.

## Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 2009–7009.

United States Court of Appeals,
Federal Circuit.

May 18, 2009.

Rashid El Malik, Palos Verde's Estate, CA, pro se.

### ON MOTION

#### *ORDER*

Rashid El Malik moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.